IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH LEE GLOSSON,             No. 2:11-CV-1743-KJM-CMK-P

      Plaintiff,

  vs.

A.K. STINSON, et. al.,

      Defendants.           ORDER
_____/

     Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983.  This case will be referred to Magistrate Judge Dale A. Drozd to conduct a settlement conference on January 3, 2013, at 10:00 a.m. in Courtroom #27.  Plaintiff is to appear by video conference from the institution.

     A separate order and writ of habeas corpus ad testificandum will issue with this order.

      In accordance with the above,  IT IS HEREBY ORDERED that:

      1.  This case is set for a settlement conference before Magistrate Judge Dale A. Drozd on January 3, 2013, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #27.

      2.  Parties shall appear with full settlement authority.

      3.  The parties are to provide confidential settlement conference statements to the following email address: dadorders@caed.uscourts.gov  so they arrive no later than December

27, 2012.  Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.  Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

        4.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison-Sacramento via facsimile at (916) 294-3072.

DATED: October 19, 2012

                                              /s/ Craig M. Kellison
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE