IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH LEE GLOSSON,                              No. 2:11-CV-1743-KJM-CMK-P

       Plaintiff,

  vs.

A.K. STINSON, et. al.,

       Defendants.                              <u>ORDER</u>

_____/

       Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983.  This case will be referred to Magistrate Judge Dale A. Drozd to conduct a settlement conference on January 3, 2013, at 10:00 a.m. in Courtroom #27.  Plaintiff is to appear by video conference from the institution.

       A separate order and writ of habeas corpus ad testificandum will issue with this order.

       In accordance with the above,  IT IS HEREBY ORDERED that:

       1. This case is set for a settlement conference before Magistrate Judge Dale A. Drozd on January 3, 2013, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #27.

       2. Parties shall appear with full settlement authority.

       3. The parties are to provide confidential settlement conference statements to the following email address: dadorders@caed.uscourts.gov  so they arrive no later than December

1

27, 2012. Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

      4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison-Sacramento via facsimile at (916) 294-3072.

DATED: October 19, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2